# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TYCO HEALTHCARE GROUP LP, MALLINCKRODT INC. and LIEBEL FLARSHEIM COMPANY<br><br>Plaintiffs,<br><br>vs.<br><br>E-Z-EM, INC.<br><br>Defendant. | CIVIL ACTION NO. 2:07CV262(TJW)<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND MOTION REGARDING DEFENDANT'S MOTION TO DISMISS AND REGARDING AMENDED PLEADINGS

Plaintiffs Tyco Healthcare LP("Tyco"), Mallinckrodt Inc. ("Mallinckrodt") and Liebel-Flarsheim Company ("L-F"), and Defendant E-Z-EM, Inc. ("E-Z-EM"), by and through their respective counsel, agree as follows:

WHEREAS, E-Z-EM filed its Motion to Dismiss Tyco and Mallinckrodt on August 30, 2007, alleging that Tyco and Mallinckrodt lacked standing to sue for infringement of the patent-in-suit;

WHEREAS, Plaintiffs have informed Defendant that Mallinckrodt has standing as an implied exclusive licensee of the patent-in-suit;

WHEREAS, in order to avoid unnecessary motion practice, Defendant has agreed to withdraw its Motion to Dismiss Tyco and Mallinckrodt, and Plaintiffs have agreed to voluntarily dismiss Tyco with prejudice;

WHEREAS, Plaintiffs have agreed to respond to discovery in the above-captioned action on behalf of Tyco as if Tyco remained a party to the action;

WHEREAS, Mallinckrodt and L-F have agreed to file a First Amended Complaint

indicating that Mallinckrodt is an implied exclusive licensee of the patent-in-suit;

WHEREAS, E-Z-EM consents to Mallinckrodt and L-F filing a First Amended Complaint, a copy of which is attached as Exhibit A hereto;

WHEREAS, E-Z-EM filed its Answer, Affirmative Defenses and Counterclaim to L-F's Complaint on August 30, 2007;

WHEREAS, E-Z-EM intends to answer Mallinckrodt's and L-F's First Amended Complaint, and E-Z-EM intends to amend its Counterclaim to include allegations against both Mallinckrodt and L-F;

WHEREAS, Mallinckrodt and L-F consent to E-Z-EM filing a First Amended Counterclaim;

WHEREAS, L-F's response to E-Z-EM's original Counterclaim would be due on September 24, 2007 if not superseded by the First Amended Counterclaim prior to that date;

WHEREAS, E-Z-EM has agreed to extend L-F's time to respond to the original Counterclaim until October 14, 2007, to provide E-Z-EM sufficient time to file a First Amended Counterclaim, which supersedes the original Counterclaim, and to provide Mallinckrodt and L-F sufficient time to respond to E-Z-EM's First Amended Counterclaim;

Accordingly, the parties hereby move as follows:

L-F shall have until October 14, 2007 to respond to E-Z-EM's original Counterclaim, unless superseded by E-Z-EM's First Amended Counterclaim.

| | |
|---|---|
| DATED: September 14, 2007 | By:   /s/ |
| Of Counsel: | Melissa Richards Smith |
| | Texas State Bar No. 24001351 |
| Robert G. Krupka, P.C. (CA State Bar No. 196625) | GILLAM & SMITH, L.L.P. |
| Brian G. Arnold (CA State Bar No. 186007) | 303 S. Washington Avenue |
| Christopher C. Smith (CA State Bar No. 238882) | Marshall, TX  75670 |
| KIRKLAND & ELLIS LLP | Telephone:    (800) 304-9731 |
| 777 South Figueroa Street | Facsimile:    (903) 934-9257 |
| Los Angeles, California 90017 | Email:            melissa@gillamsmithlaw.com |
| Telephone:    (213) 680-8400 | |
| Facsimile:    (213) 680-8500 | Attorneys for Plaintiffs |
| Email:            rkrupka@kirkland.com | TYCO HEALTHCARE GROUP LP, |
|                        barnold@kirkland.com | MALLINCKRODT INC. and LIEBEL- |
|                        csmith@kirkland.com | FLARSHEIM COMPANY |

| | |
|---|---|
| DATED:  September 14, 2007 | By:   /s/ |
| Of Counsel: | Tracy Crawford |
| | State Bar No. 05024000 |
| Philippe Bennett | RAMEY & FLOCK |
| William H. Baker | 100 East Ferguson |
| David Eklund | Suite 500 |
| ALSTON & BIRD LLP | Tyler, Texas  75702 |
| 90 Park Avenue | Telephone:    (903) 597-3301 |
| New York, NY  10016-1387 | Facsimile:    (903) 587-2413 |
| Telephone:    (212) 210-9400 | Email:            tracyc@rameyflock.com |
| Facsimile:    (212) 210-9444 | |
| Email:        phillippe.bennett@alston.com | |
|                    bill.baker@alston.com | Attorneys for Defendant |
|                    david.eklund@alston.com | E-Z-EM, INC. |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true ad correct copy of this document via email, facsimile and/or U.S. First Class Mail this 14th day of September, 2007.

/s/
Melissa R. Smith

K&E 12091644.