**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| TYCO HEALTHCARE GROUP LP, MALLINCKRODT INC. and LIEBEL FLARSHEIM COMPANY<br><br>Plaintiffs,<br><br>vs.<br><br>E-Z-EM, INC.<br><br>Defendant. | ) CIVIL ACTION NO. 2:07CV262(TJW)<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING MOTION REGARDING DEFENDANT'S MOTION TO DISMISS AND REGARDING AMENDED PLEADINGS

On this date came for consideration Parties Stipulation and Motion Regarding Defendant's Motion to Dismiss and Regarding Amended Pleadings and the Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that, Parties Stipulation and Motion Regarding Defendants Motion to Dismiss and Regarding Amended Pleadings be and hereby is, GRANTED .

SIGNED this 18th day of September, 2007.

_T. John Ward_
T. JOHN WARD
UNITED STATES DISTRICT JUDGE