**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TYCO HEALTHCARE GROUP LP, MALLINCKRODT INC. and LIEBEL-FLARSHEIM COMPANY,<br>§§§§ Plaintiffs,<br>§<br>v.<br>§<br>E-Z-EM, INC. and ACIST MEDICAL SYSTEMS, INC.,<br>§§§ Defendants. | CIVIL ACTION NO. 2:07-CV-262 (TJW) |

## **ORDER**

Before the Court is Defendants' Motion for Summary Judgment of No Willful Infringement of U.S. Patent 5,868,710. [Dkt. No. 517]  After considered the parties' briefs, the Court DENIES the motion.

Before the Court is Plaintiffs' Motion for Summary Judgment of Infringement of Claims 9, 10, and 11 of U.S. Patent 5,868,710. [Dkt. No. 528]  After considered the parties' briefs, the Court DENIES the motion.

It is so ORDERED.

SIGNED this 2nd day of June, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE