IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TYCO HEALTHCARE GROUP LP, ET AL. | § | |
| | § | |
| V. | § | CIVIL NO. 2:07-CV-262(TJW) |
| | § | |
| E-Z-M, INC., ET AL. | § | |

ATTORNEY FOR PLAINTIFF:       See attached sign-in sheet

ATTORNEY FOR DEFENDANT:    See attached sign-in sheet

LAW CLERK:            Emily Wood and Claire Henry

COURTROOM DEPUTY:      Becky Andrews

COURT REPORTER:        Shelly Holmes

MOTIONS HEARING
June 4, 2010 @ 9:30 a.m.

OPEN:   9:30                                                        ADJOURN:   10:30

Court opened. Case called. The Court gave instructions to the parties to meet and confer from now until Sunday at the offices of Gillam and Smith. Magistrate Judge Everingham will conduct an evidentiary hearing on Monday, June 7, 2010 at 9: 00 a.m. Jury selection will begin Monday, June 7th at 12:30 p.m.

Mr. Krupka reported to the Court the meet and confer schedule that the parties have agreed upon for the weekend.

The Court will give forty (40) minutes per side for voir dire. The parties may use five minutes of that time to discuss their case.

The Court inquired as to the comparing of products. Mr. Krupka responded for plaintiff. The Court led further discussions on other pending motions. The parties responded appropriately. The Court will rule.

10:30 - Court adjourn.