# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MALLINCKRODT INC. and LIEBEL-FLARSHEIM COMPANY<br><br>        Plaintiffs,<br><br>vs.<br><br>E-Z-EM, INC. and ACIST MEDICAL SYSTEMS, INC.<br><br>        Defendants. | CASE NO. 2:07-CV-262-TJW<br><br>**JURY TRIAL DEMANDED** |

## ADDITIONAL ATTACHMENT TO MAIN DOCUMENT 641

### CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

This is to certify that this Proposed Pretrial Order should be filed under seal because it contains material covered by Joint Stipulated Protective Order Regarding Confidential and Privileged Information approved and entered in this case on June 12, 2008 *[Dkt. 31]*.

*/s/Guy Ruttenberg*
Guy Ruttenberg

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. mail or facsimile transmission, on this the 4th day of June, 2010.

*/s/Guy Ruttenberg*
Guy Ruttenberg