# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TYCO HEALTHCARE GROUP LP, MALLINCKRODT INC. and LIEBEL-FLARSHEIM COMPANY, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 2:07-CV-262 (TJW) |
| v. | § § | |
| E-Z-EM, INC. and ACIST MEDICAL SYSTEMS, INC., | § § § | |
| Defendants. | § | |

## ORDER

The parties are directed to prepare juror notebooks for distribution prior to opening statements. The notebooks shall contain copies of the patent-in-suit and a glossary of terms construed by the Court.

It is so ORDERED.

SIGNED this 4th day of June, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE