**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MALLINCKRODT INC. and LIEBEL-FLARSHEIM COMPANY | ) ) ) | |
| Plaintiffs, | ) ) | CASE NO.  2:07-CV-262-TJW |
| vs. | ) ) ) | |
| E-Z-EM, INC., ACIST MEDICAL SYSTEMS, INC. and BRACCO DIAGNOSTICS INC. | ) ) ) | |
| Defendant. | ) ) ) | |

**PLAINTIFFS' NOTICE OF COMPLIANCE WITH COURT'S ORDER OF JUNE 4, 2010
ORDER**

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to this Court's Order of June 4, 2010 Plaintiffs' met and conferred with opposing counsel for 20 hours regarding objections to exhibits and have attached agreements and exhibit objections requiring rulings from the Court as follows:

Exhibit "A" Plaintiffs' Exhibits to be pre-admitted without objection

Exhibit "B" Plaintiffs' Exhibits   with objections that require a ruling from the Court

Dated:  June 6, 2010                          Respectfully submitted,

                                             GILLAM & SMITH, L.L.P.

                                             */s/Melissa Richards Smith*
                                             Melissa Richards Smith
                                             Texas State Bar No. 24001351
                                             GILLAM & SMITH, L.L.P.
                                             303 South Washington Avenue

Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
E-mail:  melissa@gillamsmithlaw.com


Robert G. Krupka, P.C.
CA State Bar No. 196625
bob.krupka@kirkland.com
Guy Ruttenberg
CA State Bar No. 207937
guy.ruttenberg@kirkland.com
KIRKLAND & ELLIS, L.L.P.
333 South Hope Street
Los Angeles, CA 90071
Telephone:  (213) 680-8400
Facsimile:  (213) 680-8500


ATTORNEYS FOR PLAINTIFFS
MALLINCKRODT INC. AND LIEBEL-
FLARSHEIM COMPANY


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5 (d)  and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. mail or facsimile transmission, on this the 6th day of June, 2010.

*/s/Melissa Richards Smith*
Melissa Richards Smith